**John F. Neupert, P.C.**, OSB No. 783168
john.neupert@millernash.com
**Steven G. Liday**, OSB No. 075975
steven.liday@millernash.com
**MILLER NASH LLP**
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
Attorneys for Plaintiff

FILED 10 JUN 16 14:25 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION**, a national banking association,<br><br>   Plaintiff,<br><br>   v.<br><br>**GRENADE, INC.**, an Oregon corporation,<br><br>   Defendant. | Case No. CV'10 - 692 HU<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, plaintiff submits this corporate disclosure statement:

U.S. Bank National Association's parent corporation is U.S. Bancorp, a publicly

Page 1 - Plaintiff's Corporate Disclosure Statement

PDXDOCS:1894843.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699

held corporation that owns 10 percent or more of U.S. Bank National Association's stock.

DATED this 16th day of June, 2010.

                       MILLER NASH LLP

                       /s/ John F. Neupert

                       John F. Neupert, P.C., OSB No. 783168
                       john.neupert@millernash.com
                       Steven G. Liday, OSB No. 075975
                       steven.liday@millernash.com
                       Telephone: (503) 224-5858
                       Attorneys for Plaintiff U.S. Bank National
                       Association

Page 2 -   Plaintiff's Corporate Disclosure Statement

PDXDOCS:1894843.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U. S. BANCORP TOWER
111 S.W. FIFTH AVENUE, PORTLAND, OREGON 97204-3699